1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN GERSON, NY Bar #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   FRANKLIN DYSTHE
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 6:19-MJ-00085-JDP
12 | Plaintiff, | **STIPULATION TO EXTEND MOTION SCHEDULE**
13 | vs. |
14 | FRANKLIN DYSTHE, | Date: May 6, 2020
   |                  | Time: 10:00 a.m.
15 | Defendant. | Judge: Hon. Jeremy D. Peterson

16

17      IT IS HEREBY STIPULATED, by and between the parties, through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal

19 Defender Benjamin Gerson, counsel for FRANKLIN DYSTHE, that the schedule for defendant to

20 file pretrial motions be extended from March 25, 2020 until March 30, 2020; with the

21 government's response due April 13, 2020, and sur-reply due April 20, 2020.

22      The recent COVID-19 "coronavirus" emergency has forced court and office closures, and

23 delayed necessary work on many cases. The parties ask the court's forbearance in adjusting the

24 instant motion schedule.

25 //

26 //

27 //

28 //

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 25, 2020

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 25, 2020

*/s/ Benjamin Gerson*
Benjamin Gerson
Assistant Federal Defender
Attorney for Defendant
FRANKLIN DYSTHE

Dysthe – Stipulation to Extend
Motion Schedule

# ORDER

Good cause appearing, the above request to adjust the motion schedule in case 6:19-MJ-0085-JDP is granted as follows:

    Defendant's motion: March 30, 2020

    Government's reply: April 13, 2020

    Sur-reply: April 20, 2020

IT IS SO ORDERED.

Dated:   March 27, 2020              _/s/ Jeremy Peterson_
                                                    UNITED STATES MAGISTRATE JUDGE

Dysthe – Stipulation to Extend
    Motion Schedule