Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br><br>FRANKLIN DELANO DYSTHE II,<br><br>                    Defendant. | Docket Number  6:19-mj-0085-JDP<br><br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the United States moves to dismiss Count Six of the Complaint charging a violation of Title 36 Code of Federal Regulations § 4.23(c)(2) (refuse to submit to an evidentiary blood test) in the interest of justice.

Dated:  April 21, 2020          /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer
                                Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, IT IS HEREBY ORDERED that Count Six of the Complaint in *United States v. Dysthe*, 6:19-mj-0085-JDP, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   April 24, 2020                                       _____
                                                              UNITED STATES MAGISTRATE JUDGE

2