1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      | No. 6:19-mj-0085-JDP

11 |         Plaintiff,

12 |     v.                          | STIPULATION TO CONTINUE
                                      EVIDENTIARY HEARING; AND ORDER
13 | FRANKLIN DELANO DYSTHE II       | THEREON

14 |         Defendant.

15

16       IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the

17 National Park Service, and Defendant Franklin Delano Dysthe II, by and through his attorney of

18 record, Benjamin A. Gerson, that the motion hearing in the above-captioned matter set for June

19 19, 2020 be continued to August 13, 2020 at 10:00 a.m.  The parties believe witness testimony

20 will be an essential part of the motion hearing, and they request the continuance in light of the

21 COVID-19 related courthouse closures currently in effect.

22

23      Dated:  June 16, 2020              /S/ Susan St. Vincent
                                           Susan St. Vincent
24                                         Legal Officer
                                           Yosemite National Park
25
        Dated:  June 16, 2020              /S/ Benjamin A. Gerson
26                                         Benjamin A. Gerson
                                           Attorney for Defendant
27                                         Franklin Delano Dysthe II

28

                                            1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 19, 2020, motion hearing for Franklin Delano Dysthe II, Case 6:19-mj-0085-JDP, is continued to August 13, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ____June 17, 2020____                          _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2