1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FRANKLIN DELANO DYSTHE II
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  6:19-mj-00085 JDP

12              Plaintiff,                **STIPULATION TO CONTINUE REVIEW HEARING; [PROPOSED] ORDER**

13      vs.

14  FRANKLIN DELANO DYSTHE II

15              Defendant.

16

17      The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Franklin Delano Dysthe II, hereby stipulate and jointly move this court to advance the

20  status conference scheduled for January 28, 2021, from 2:00 p.m. to 10:00 a.m. the same day. The

21  government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: January 5, 2021         */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: January 5, 2021         HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
FRANKLIN DELANO DYSTHE II

## O R D E R

**GOOD CAUSE APPEARING**, the status conference scheduled for January 28, 2021 is moved to 10:00 a.m.

Dated: January 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Dysthe II– Stipulation to Advance Status Conference            -2-