Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN DELANO DYSTHE II,<br><br>Defendant. | No. 6:19-mj-00085-JDP<br><br>**MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The parties have reached a resolution in this matter wherein the Government will dismiss the pending case and issue the Defendant a violation notice for failure to comply with the directions of a traffic control device, which the Defendant will pay through the Central Violations Bureau within 90 days.

Dated: May 5, 2021                    Respectfully submitted,

                                                            PHILLIP A. TALBERT
                                                            United States Attorney

                                                             /s/ *Sean O. Anderson*
                                                            Sean O. Anderson
                                                            Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Dysthe* 6:19-mj-00085-JDP, be dismissed, without prejudice, in the interest of justice. The trial confirmation hearing currently scheduled for May 10, 2021 is vacated.

IT IS SO ORDERED.

Dated: May 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE